UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOSEPH GIKUNJU MASYA,

      Petitioner,

    v.

DEPARTMENT OF HOMELAND
SECURITY,

      Respondent.

CAUSE NO. 3:26cv172 DRL-SJF

## ORDER

Joseph Gikunju Masya, an immigration detainee representing himself, was granted until April 27, 2026 to file an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 because his initial petition did not provide a basis for the court to find that his detention is unlawful. He was cautioned that if he did not respond, this case would be dismissed without further notice. The deadline has passed with no response.

For these reasons, the court DENIES the petition pursuant to Section 2254 Habeas Corpus Rule 4 and DIRECTS the clerk to close this case.

SO ORDERED.

May 28, 2026

*s/ Damon R. Leichty*
Judge, United States District Court